IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILIP JOSEPH SCOMA,                        No. CIV S-10-1953-CMK-P

       Petitioner,

  vs.                                                            ORDER

DERRAL ADAMS,

       Respondent.

_____/

       Petitioner, a state prisoner proceeding with retained counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was originally filed in the United States District Court for the Northern District of California on July 17, 2009.  An amended petition was filed on March 9, 2010.  The matter was transferred to this court on July 22, 2010.  A review of the docket reflects that respondent has not filed a response to the amended petition.  Respondent's response shall be due within 30 days of the date of this order.  If an answer to the petition is filed, such answer must comply with Rule 5 of the Federal Rules Governing Section 2254 Cases.  Specifically, an answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issue(s) presented in the petition.  See id.  Failure to file a response within the time permitted by this order may result in

the imposition of appropriate sanctions.  <u>See</u> Local Rule 110.

   Accordingly, IT IS HEREBY ORDERED that:

   1. Respondent(s) shall file a response to petitioner's amended petition within 30 days from the date of service of this order; and

   2. Petitioner's traverse or reply (if an answer to the petition is filed), if any, or opposition or statement of non-opposition (if a motion in response to the petition is filed) shall be filed and served within 30 days of service of respondent's response.

DATED: August 5, 2010

                _____
                **CRAIG M. KELLISON**
                UNITED STATES MAGISTRATE JUDGE