IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILIP JOSEPH SCOMA,

    Petitioner,                  2: 10 - cv - 1953 - GEB TJB

    vs.

DERRAL ADAMS,

    Respondent.               ORDER

_____/

    Petitioner has requested an eleven day extension of time to file objections to the Magistrate Judge's findings and recommendations which was filed on October 31, 2011. Based upon the representations made and only for this request, it is determined that good cause has been shown, and the request is granted. Petitioner is advised, however, that no further extensions of time will be granted, except for verified and extraordinary good cause shown.

    Accordingly, IT IS HEREBY ORDERED that:

1.     Petitioner's request filed November 17, 2011 for an extension of time to file objections to the Magistrate Judge's findings and recommendations is hereby GRANTED; and

2.     Petitioner shall have until December 2, 2011 to file objections to the findings and recommendations.

1  DATED:  November 18, 2011

```
                                    _____
                                    TIMOTHY J BOMMER
                                    UNITED STATES MAGISTRATE JUDGE
```